In the Matter of the Probate of the Will of MORRIS LEVINE, Deceased.

ANNA HAMBERGER et al., Appellants; LOUIS LEVINE et al., Respondents.

(Argued February 15, 1932; decided March 3, 1932.)

*Bennett E. Aron* and *Dewey D. Blicksilber* for appellants.
*Joseph R. Jackson* and *John J. Curtin* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.